THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,    Respondent,
 
 
 

v.

 
 
 
Conrad Lamont Slocumb,   
Appellant.
 
 
 

Appeal From Richland County
James W. Johnson, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-248
Submitted April 1, 2005  Filed April 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott; and Solicitor Warren Blair Giese, all of  Columbia, for Respondent.
 
 
 

PER CURIAM: Conrad Slocumb appeals his convictions and sentences for various crimes he committed immediately after his escape from Department of Juvenile Justice custody in 1996, including first-degree criminal sexual conduct, kidnapping, first-degree burglary, robbery, and escape.  Slocumbs appellate counsel has petitioned to be relieved as counsel, stating he has reviewed the record and has concluded Slocumbs appeal is without merit.  The sole issue briefed by counsel concerns whether the circuit court erred in sentencing Slocumb to five years imprisonment for the escape conviction.  Slocumb also filed a separate pro se brief.
After a review of the record and briefs as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss this appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS,
JJ., concur.

          [1]  We decide this case without oral argument pursuant to Rules 215 and 220(b)(2), SCACR.